granted
OPC
7-21-15

WR-82,450-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/20/2015 3:49:37 PM
Accepted 7/20/2015 3:51:18 PM
ABEL ACOSTA
CLERK

WR-82,450-01

| EX PARTE | § | IN THE COURT RECEIVED |
|---|---|---|
| | § | COURT OF CRIMINAL APPEALS 7/21/2015 |
| DAVID CLIFFORD PEDDER, Jr. | § | OF ABEL ACOSTA, CLERK |
| | § | |
| | § | CRIMINAL APPEALS |

## MOTION TO WITHHOLD RULING

Petitioner, David Pedder, hereby files this Motion to Withhold Ruling on the Writ of Habeas Corpus filed by Petitioner and would show unto the Court as follows:

On July 10, 2015, the 128th District Court signed its Findings of Fact and Conclusions of Law on this matter. Evidently, that document and the others from this action were transmitted to the Court of Criminal Appeals on July 13, 2015. On July 14, 2014, the District Clerk mailed a one page letter to Petitioner's Counsel indicating that the Clerk was "forwarding [Petitioner's] Supplemental Writ of Habeas Corpus to the Court of Criminal Appeals." (See attached). The letter did not mention the Court's Findings nor did it attach them. The letter arrived to Petitioner's Counsel's office after hours on Friday, July 17, 2015 and was first reviewed by Counsel Monday, July 20, 2015.

Counsel inquired of the District Clerk when the Court was slated to issue its findings and only then received them by email (see attached). The Clerk is required, under Texas Rules of Appellate Procedure 73.4 to immediately send all parties notice and a copy of the Court's findings, but the Orange County District Clerk failed to do so in this case. As a result, Petitioner just became aware of the Findings and asks that the Court of Criminal Appeals withhold any ruling on this matter for ten days from now, July 30, 2015, so that Counsel may file objections in accordance with the time line afforded under Rule 73.4. This request is not made for the purposes of delay but rather that Counsel have adequate time under the Rules to lodge his objections.



**ELECTRONIC RECORD**

Respectfully submitted,


The Gertz Law Firm
2630 Liberty
Beaumont, Texas 77702
Tel: 409-833-6400
Fax: 409-833-6401


/s/ *Ryan W. Gertz*

By:_____
Ryan W. Gertz
State Bar No. 24048489


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Orange County District Clerk's Office, by faxing a copy to 409-882-7083 on this the 20th day of July, 2015.


/s/ *Ryan W. Gertz*

_____
Ryan W. Gertz